COMMONWEALTH of Pennsylvania,
Respondent

v.

Deriace E. STONE, Petitioner

No. 568 MAL 2016

Supreme Court of Pennsylvania.

December 21, 2016

## ORDER

PER CURIAM

AND NOW, this 21st day of December, 2016, the Petition for Allowance of Appeal is DENIED.

■

COMMONWEALTH of Pennsylvania,
Respondent

v.

Tyrell BOYD, Petitioner

No. 553 MAL 2016

Supreme Court of Pennsylvania.

December 21, 2016

## ORDER

PER CURIAM

AND NOW, this 21st day of December, 2016, the Petition for Allowance of Appeal is DENIED.